UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY,<br><br>      Plaintiff,<br><br>     v.<br><br>FLASH STRUCTURE CORP., YASIN RAHMAN and KHODAZA BEGUM,<br><br>      Defendants. | Case No. 1:15-cv-6030(RA)<br><br>**ORDER<br>AND RENEWAL JUDGMENT** |

WHEREAS, Plaintiff American Contractors Indemnity Company ("Plaintiff") has moved for summary judgment pursuant to Fed. R. Civ. P. 56 to renew the judgment in this action under Fed. R. Civ. P. 69(a) and N.Y. CPLR § 5014, and has submitted proof that:

- A default money judgment was entered by this Court on December 26, 2015 (the "Original Judgment") in favor of Plaintiff and against Defendants Flash Structure Corp., Yasin Rahman, and Khodaza Begum, jointly and severally, in the amount of $89,703.67, plus post-judgment interest pursuant to 28 U.S.C. § 1961;

- Nearly ten years have elapsed since the Original Judgment was entered, and the Original Judgment has not been fully satisfied, with a balance remaining due;

- Plaintiff timely filed this request for renewal within the period permitted by CPLR § 5014 to extend the effect of the Original Judgment and its lien; and

- Defendants were duly served with Plaintiff's motion papers and did not appear or oppose the motion.

1

AND the Court, having reviewed the motion and the record, finds that Plaintiff has shown entitlement to a renewal judgment as a matter of law, there being no genuine issue of material fact and the requirements of CPLR § 5014 and Rule 69(a) having been satisfied;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1.    Plaintiff's Motion for Summary Judgment is GRANTED in its entirety.

2.    The Judgment entered on December 26, 2015 in favor of Plaintiff and against Defendants is hereby renewed pursuant to N.Y. CPLR § 5014, effective as of the date of entry of this Order.

3.    Plaintiff is awarded a Renewal Judgment against Defendants Flash Structure Corp., Yasin Rahman, and Khodaza Begum, jointly and severally, in the amount of $63,303.67 plus post-judgment interest at the rate provided by 28 U.S.C. § 1961 from the date of entry of the Original Judgment.

4.    Post-judgment interest shall continue to accrue on the foregoing amount at the rate provided by 28 U.S.C. § 1961 from the date of entry of this Renewal Judgment until paid in full.

5.    Within seven (7) days of entry of this Order, Plaintiff shall serve a copy of this Order and the Renewal Judgment on Defendants by regular and certified mail to their last known addresses and via e-mail to their prior counsel. Proof of service shall be uploaded to the docket.

Dated:        December 23, 2025
              New York, New York

Ronnie Abrams
United States District Judge

2